BENJAMIN R. FOX, complainant,

*v.*

SAMUEL LAZOWICK et al., defendants.

[Heard and determined January 3d, 1923.]

**Deposits—To Joint Account for Specific Purposes—Considera-**
**tion of Legal Proposition to be Given.**

On bill, &c. On final hearing.

*Messrs. Bourgeois & Coulomb,* for the complainant.

*Messrs. Cole & Cole,* for the defendants.

INGERSOLL, V. C.

I will look into the legal proposition. My mind at the present time is quite clear that the agreement between these parties was that Mr. Lazowick was to deposit to the joint account of these two people the sum of $10,000 which was to be used in payment of the first money that was to be paid on account of this agreement which had been entered into between Fox and Penrose; that that payment was the consideration for which Lazowick was to receive his interest in the concern. I think that the action of the parties afterwards, the first payment of $10,000 they received, which may be only a coincidence, was exactly the amount that they had

paid down, was divided between the two of them, and that there was no contention of Mr. Lazowick's part that the money was his personally until the final settlement. It seems clear to me that this money, the $10,000, was only deposited to the joint account, $5,000 thereof the property of Lazowick and $5,000 the property of Mr. Fox, subject, however, to the use, it could be only placed to the one use. Now, as to the legal propositions, whether the bill is such that there is other matter besides reformation, I will take up later and announce just as speedily as possible.